IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:19-cv-02374-KMT

WHOLE HEMP COMPANY, LLC d/b/a FOLIUM BIOSCIENCES

       Plaintiff,

v.

DALE TAKIO

       Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Stanley L. Garnett, of Brownstein Hyatt Farber Schreck, LLP hereby enters his appearance substituting for Robert J. Frank and Justin T. Bailey of Sanders Law Firm as counsel of record on behalf of Plaintiff, Whole Hemp Company, LLC, d/b/a Folium Biosciences.  Please include the undersigned on all future certificates of service.   Robert J. Frank and Justin T. Bailey should be removed as counsel of record.

Dated September 18, 2019

/s Stanley L. Garnett

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO  80202-4432
Phone: 303.223.1100
Fax: 303.223.1111
Email:  sgarnett@bhfs.com

Attorneys for Plaintiff Whole Hemp Company, LLC d/b/a Folium Biosciences

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2019, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record

By:  _/s Stanley L. Garnett_____
Stanley L. Garnett